EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 19 2004

at /0 o'clock and 30 min A M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,  ) | CR. NO. | CR04 00083 DAE |
| Plaintiff,                  ) | | |
| vs.                         ) | INDICTMENT | |
|                             ) | [21 U.S.C. §§ 846, | |
| DON WILLIAM JACKSON  (01)   ) | 841(a)(1) & (b)(1)(A) & (C) | |
| ANDY GEORGE ORTEGA   (02)   ) | 18 U.S.C. §2] | |
| Defendants.                 ) | | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about between late January, 2004 and February 6, 2004, in the District of Hawaii and elsewhere, DON WILLIAM JACKSON and ANDY GEORGE ORTEGA, the defendants, did willfully and unlawfully conspire together and with other persons known and unknown to the Grand Jury, to distribute and to possess with

intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and methylenedioxymethamphetamine, ie. MDMA or ecstacy, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)&(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges:

On or about February 5, 2004, in the District of Hawaii and elsewhere, DON WILLIAM JACKSON and ANDY GEORGE ORTEGA, did distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 3

The Grand Jury further charges:

On or about February 6, 2004, in the District of Hawaii and elsewhere, DON WILLIAM JACKSON and ANDY GEORGE ORTEGA, did distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 4

The Grand Jury further charges:

On or about January 24, 2004, in the District of Hawaii and elsewhere, DON WILLIAM JACKSON and ANDY GEORGE ORTEGA, the defendants, did distribute methylenedioxymethamphetamine, ie. MDMA (ecstacy), (to wit: approximately 2,000 tablets), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 5

The Grand Jury further charges:

On or about January 24, 2004, in the District of Hawaii and elsewhere, DON WILLIAM JACKSON and ANDY GEORGE ORTEGA, the defendants, did distribute methylenedioxymethamphetamine, ie. MDMA (ecstacy), (to wit: approximately 3,000 tablets), a Schedule II controlled substance.

//
//
//

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

DATED: February 19, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
KENNETH M. SORENSON
Assistant U.S. Attorney